RECEIVED
JAN -8 2020
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Larken Alexander

Plaintiff(s),

v.

Pure Beauty Institute of Cosmetology and Salon LLC

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ✔   NO ☐

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✔ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Larken Alexander

   Plaintiff's address: 5951 Floy Ave
   Street address or P.O. Box

   St Louis MO 63147
   City/ County/ State/Zip Code

   812-878-2782
   Area code and telephone number

3. Defendant's name: Pure Beauty Institute of Cosmetogy and Salon LLC

   Defendant's address: 623 W. U.S Highway
   Street address or P.O. Box

   Ofallon Illinois 62269
   City/County/State/ Zip Code

   1618 954-6772
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

__NA_____ __NA_____ __NA_____
(Street Address)                (City/County)         (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

__June 7 - 2018_____

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes   Date filed: _____

☑ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes   Date filed: __5-24-18__

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☑ Yes          ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.  The conduct complained of in this lawsuit involves (check only those that apply):

   \_\_\_\_ failure to hire me

   \_✓\_\_ termination of my employment

   \_\_\_\_ failure to promote me

   \_\_\_\_ failure to accommodate my disability

   \_\_\_\_ terms and conditions of my employment differ from those of similar employees

   \_✓\_\_ retaliation

   \_✓\_\_ harassment

   \_\_\_\_ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

   [✓] Yes                     [ ] No

4

11. I believe that I was discriminated against because of my (check all that apply):

    ✓ race

    ___ religion

    ___ national origin

    ___ color

    ✓ gender

    ___ disability

    ✓ age (birth year is: _____)

    ___ other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes     ___ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Starting of hireing I was told to give me a hug By owner a hug witch I feltod was inappropriate Being that she had a husband that worked there. Student didnot were uniforms, come to class shout skirts open Jeans halter tops. Begg for money call me name such as fag - punk

(Continue to page 6, if additional space is needed.)

5

When terminated in owner office was asked to go down on her to keep Job I refused and was terminated. Stateing something that a stuudeuw had said Also disqualifier from future Jobs for high school whitch we had talk about on date of hireing at highschool Let another Lady take the Job and now on the computer for hireing

I am a License cosmetology Instrutor License in Nail, Hair, Instutoring, etheticiah my hours in cosmetology exceed over 3,000 hours one of the highest in missiouri the only one My performance as a Teacher met Responnts expections

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☒ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

Saying I would like the courts to issue for damages the Job I was hired for is still open and have a lady doing the job Don't know if they still have contract but that was the purpose of hiring me. Damges of 15 thousand dollors

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

My performance as a teacher met Respounents expections

*[signature]*

7

...

...

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __January__, 20_20_.

Signature of Plaintiff _Lantun) Alexander_